AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| SHULAMITH SCHOOL FOR GIRLS <br><br> *Plaintiff(s)* <br> v. <br> MARYELLEN ELIA, COMMISSIONER OF EDCUATION, AND THE STATE OF NEW YORK <br><br> *Defendant(s)* | Civil Action No. 19-cv-3152 MKB-RER |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Commissioner of New York State
Education Department : MaryEllen Elia
89 Washington Avenue, Room 111
Albany, New York 12234 and;
Attorney General Office of the State of New York
28 Liberty Street, 15th Floor
New York, New York 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Philip Harold Kalban
Putney Twombly Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175
(212)682-0020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 5/28/2019

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*