UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHULAMITH SCHOOL FOR GIRLS,<br><br>                Plaintiff,<br><br>- against-<br><br>MARYELLEN ELIA, COMMISSIONER OF EDUCATION, and THE STATE OF NEW YORK,<br><br>                Defendants. | 19-CV-3152 (MKB) (RER)<br><br>**AFFIDAVIT OF SERVICE** |

**STATE OF NEW YORK**          )
                                        ) ss.:
**COUNTY OF NEW YORK**     )

      **Marina Milman**, being duly sworn, deposes and says:

      I am an employee of Putney, Twombly, Hall & Hirson LLP. I am not a party to this proceeding and am over the age of 18 years.

      On May 29, 2019, I served the following electronically filed pleadings in the above-captioned matter:

- Summons in Civil Action (Doc#5)
- Complaint (Doc#1)
- Civil Cover Sheet (Doc#2)
- Notice (Doc#3)
- United States Courts EDNY Quality Control Check (Doc#4)
- Order (Doc#9)
- Declaration of Philip H. Kalban, Esq. (Doc#7); and
- Declaration of Michelle Fishman in Support of Motion for Preliminary Injunction and Temporary Restraining Order with Exhibits A-G (Doc#8)

via Fax at (518) 474-4188 addressed to MaryEllen Elia the NYS Commissioner of Education and the same pleadings were served via Federal Express for Overnight delivery to:

1

| | |
|---|---|
| New York State Department of Education<br>Attn: MaryEllen Elia/Office of Counsel<br>89 Washington Avenue, Room 111<br>Albany, New York 12234 | Attorney General of the State of New York<br>28 Liberty Street, 15th Floor<br>New York, New York 10005 |
| Chesney, Nicholas & Brower, LLP<br>Lindsie B. Alterkun<br>485 Underhill Boulevard, Suite 308<br>Syosset, New York 11791 | |

_____
Marina Milman

Sworn to before me this
29TH day of May 2019

_____
Notary Public

BETH FITZGERALD
Notary Public, State of New York
No. 01FI4774680
Qualified in New York County
Commission Expires May 31, 20 22