PUTNEY, TWOMBLY, HALL & HIRSON LLP

DANIEL F. MURPHY, JR.
THOMAS A. MARTIN
WILLIAM M. POLLAK
JAMES E. McGRATH, III
CHRISTOPHER M. HOULIHAN
MARY ELLEN DONNELLY
GEOFFREY H. WARD
E. PARKER NEAVE
MARK A. HERNANDEZ
PHILIP H. KALBAN
JEROME P. COLEMAN
BARBARA M. MAISTO
CARYN B. KEPPLER
MICHAEL D. YIM
MARIANNE CALABRESE

ESTABLISHED 1866
COUNSELORS AT LAW
521 FIFTH AVENUE
NEW YORK, NEW YORK 10175
(212) 682-0020
TELEFAX: (212) 682-9380
PUTNEYLAW.COM

328 NEWMAN SPRINGS ROAD
RED BANK, NEW JERSEY 07701
(732) 379-6020
TELEFAX: (732) 345-9444

1225 FRANKLIN AVENUE, SUITE 200
GARDEN CITY, NY 11530
(516) 746-0070
TELEFAX: (516) 746-0599

2000 GLADES ROAD
SUITE 300
BOCA RATON, FLORIDA 33431
(800) 935-8480
TELEFAX: (561) 613-4100
———
COUNSEL
CHARLES J. GROPPE
THOMAS M. LAMBERTI
HARVEY I. SCHNEIDER
ANDREA HYDE

June 3, 2019

Hon. Margo K. Brodie
United States District Judge for
the Eastern District of New York
United States Court House
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: <u>Shulamith School for Girls v. Elia; 1.19 cv 03152 (MKB)(RER)</u>**

Dear Judge Brodie:

We are counsel for Shulamith School for Girls, Plaintiff in the above-referenced action. We are in receipt via ECF of a letter from Hedva Wellerstein, Esq., an attorney representing the family that brought a petition before the New York State Commissioner of Education appealing from a rejection of that family's application for a religious exemption from the New York State vaccination requirements.

Ms. Wellerstein has not appeared in the proceeding before the Commissioner and was unknown to me prior to receipt of her letter to Your Honor. The Shulamith School for Girls has no objection to the relief requested by Ms. Wellerstein in her letter.

As set forth in our moving papers to this court, however, and in the determination of our motion and request for a temporary restraining order, we had to hastily put together a set of papers to this court to seek the restraining order. The attorneys who appeared for the appellants before the Commissioner used the names of the parents and children in their petition rather than initials as is, to my understanding, the usual practice. Indeed, in their caption they use the full names of the parents and the children. Accordingly, when we attached papers from the proceeding before the Commissioner, they contained those names. The January 15, 2019 stay order of the Commissioner as well as the May 23, 2019 letter from the Office of Counsel of the State Education Department all have the names of the family as well as the children.

Prior to filing any documents with this court, I notified both the Office of Counsel as well as the family's attorneys that we were intending to seek a temporary restraining order from the

Hon. Margo K. Brodie
June 3, 2019
Page 2

Eastern District and would be filing our papers in the afternoon of May 28.  No one requested that we redact any names from the papers that would have to be filed in seeking the restraining order or that the papers be filed under seal.

No one from the school or from my office has discussed with the media the names of the parents or the children involved.

Respectfully,

Philip H. Kalban, Esq.


cc: **Via ECF:**  Hedva Wellerstein, Esq.

H:\PHK\Shulamith School for Girls\Ltr to Hon Brodie 06-03-19.docx