# EXHIBIT 1

## *SAMPLE* REQUEST FOR RELIGIOUS EXEMPTION TO IMMUNIZATION FORM
*PARENT/GUARDIAN STATEMENT*

Name of Student ▮▮▮▮▮▮▮▮▮▮

Identification Number _____

Name of Parent(s)/Guardian(s) ▮▮▮▮▮▮▮▮▮▮

School District and Building Name _____ Shulamith _____

This form is for your use in applying for a religious exemption to Public Health Law immunization requirements for your child. Its purpose is to establish the religious basis for your request since the State permits exemptions on the basis of a sincere religious belief. Philosophical, political, scientific, or sociological objections to immunization do not justify an exemption under Department of Health regulation 10 NYCRR, Section 66-1.3 (d), which requires the submission of:

> A written and signed statement from the parent, parents, or guardian of such child, stating that the parent, parents or guardian objects to their child's immunization due to sincere and genuine religious beliefs which prohibit the immunization of their child in which case the principal or person in charge may require supporting documents.

In the area provided below, please write your statement. The statement **must** address all of the following elements:

- Explain in your own words why you are requesting this religious exemption.
- Describe the religious principles that guide your objection to immunization.
- Indicate whether you are opposed to all immunizations, and if not, the religious basis that prohibits particular immunizations.

You may attach to this form additional written pages or other supporting materials if you so choose. Examples of such materials are listed on page 3.

*In compliance with NYS laws, I am writing this letter on behalf of my daughter ▮▮▮▮▮▮, age 3, who is attending Shulamith full-time. I herewith submit written statement requesting that she be excused from any immunization requirements and other invasive procedures because we hold personal religious which are inconsistent with these medical procedures. The practice of vaccination is contrary to our beliefs and would*

Please continue your statement on page 2

Page 1 of 4

March 2006

violate our religious principle. By declaring these convictions and presenting them in writing to you, I am complying with the immunization exemption provisions of NYS Public Health Law 2164, paragraph 9 which pertains to both public and private institutions. My daughter has been extremely healthy and we will not hold any individual liable in the event she may become infected with, or ill from any infectious disease.

Please sign in the space provided below and have the document notarized by a notary public where indicated.

I hereby affirm the truthfulness of the forgoing statement and have received **and** reviewed the informational immu~~nization materials provided to me by~~ my child's school.

▬▬▬▬▬▬▬▬▬▬▬▬        11/14/12
Signature of Parent/Guardian    Date

Sworn to before me this ___14___ day of __Nov 2012__

*Mary Lou Hessler*

Notary Public Seal

**MARY LOU HESSLER**
**NOTARY PUBLIC, STATE OF NEW YORK**
**QUALIFIED IN QUEENS COUNTY**
**NO. 01HE6242068**
**MY COMMISSION EXPIRES** __5/31/2014__

You will be notified in writing of the outcome of this request. Please note that if your request for an exemption is denied, you may appeal the denial to the Commissioner of Education within thirty (30) days of the decision, pursuant to Education Law, Section 310.

*March 2006*

## SAMPLE REQUEST FOR RELIGIOUS EXEMPTION TO IMMUNIZATION FORM
### PARENT/GUARDIAN STATEMENT

Name of Student ▮▮▮▮▮▮

Identification Number _____

Name of Parent(s)/Guardian(s) ▮▮▮▮▮▮

School District and Building Name _____ Shulamith _____

This form is for your use in applying for a religious exemption to Public Health Law immunization requirements for your child. Its purpose is to establish the religious basis for your request since the State permits exemptions on the basis of a sincere religious belief. Philosophical, political, scientific, or sociological objections to immunization do not justify an exemption under Department of Health regulation 10 NYCRR, Section 66-1.3 (d), which requires the submission of:

> A written and signed statement from the parent, parents, or guardian of such child, stating that the parent, parents or guardian objects to their child's immunization due to sincere and genuine religious beliefs which prohibit the immunization of their child in which case the principal or person in charge may require supporting documents.

In the area provided below, please write your statement. The statement must address all of the following elements:

- Explain in your own words why you are requesting this religious exemption.
- Describe the religious principles that guide your objection to immunization.
- Indicate whether you are opposed to all immunizations, and if not, the religious basis that prohibits particular immunizations.

You may attach to this form additional written pages or other supporting materials if you so choose. Examples of such materials are listed on page 3.

*In compliance of NYS law, I am writing this letter on behalf of my daughter ▮▮▮▮▮▮, age 4, who is attending Shulamith full time. I herewith submit a written statement requesting that she be excused from any immunization requirements and other invasive medical procedures. Because the practice of vaccination is contrary to our beliefs and would violate our religious principles. By declaring these convictions and*

*re. hold personal religious beliefs which are inconsistent with these medical procedures.*

*Please continue your statement on page 2*

Page 1 of 4

March 2006

presenting them in writing to you, I am complying with the immunization exemption provisions of NYS Public Health Law 2164, paragraph 9, which pertains to both public and private institutions. My daughter has been extremely healthy and we will not hold any individual or institution we met liable in the event she may become infected with or ill from any infectious disease.

Please sign in the space provided below and have the document notarized by a notary public where indicated.

I hereby affirm the truthfulness of the forgoing statement and have received and reviewed the informational immun[ization material provided] to me by my child's school.

[signature redacted]  Date 11/14/12

Sworn to before me this ___14___ day of Nov. 2012

*Mary Lou Hessler*

Notary Public Seal

MARY LOU HESSLER
NOTARY PUBLIC STATE OF NEW YORK
QUALIFIED IN QUEENS COUNTY
MY COMMISSION EXPIRES 1/31/2014

You will be notified in writing of the outcome of this request. Please note that if your request for an exemption is denied, you may appeal the denial to the Commissioner of Education within thirty (30) days of the decision, pursuant to Education Law, Section 310.

*March 2006*