# EXHIBIT 2



SHULAMITH School for Girls

11/14/2013

Dear Parent or Guardian:

The health office has reviewed the health records of your child ▮▮▮ ▮▮▮▮▮▮▮▮ and found that the immunization record is incomplete. The immunization record does not have the following vaccines recorded:

_____All immunizations_____
Please submit record of immunizations received.

New York State Health Law, Title VI, Section 2164 requires the school to have an official record of all immunizations so that your child can attend school.

Please contact your doctor for this information and forward it to the health office. The information can be sent via email to dryniker@shulamith.org or fax to 516-295-0242. If you have any questions, please call **516)295-2239.**

Please submit letter from MD — plan to resume receiving immunizations.

**Sincerely,**

**Fran Rabinowitz RN**
**Donna Ryniker RN**

111 Irving Place    Woodmere, New York 11598    516.295.2239