# C



**THE STATE EDUCATION DEPARTMENT / THE UNIVERSITY OF THE STATE OF NEW YORK**

Commissioner of Education
President of the University of the State of New York
89 Washington Ave., Room 111
Albany, New York 12234

E-mail: commissioner@nysed.gov
Twitter:@NYSEDNews
Tel: (518) 474-5844
Fax: (518) 473-4909

January 15, 2019

Philip H. Kalban, Esq.
Putney, Twombly Hall & Hirson LLP
521 Fifth Avenue
New York, NY  10175

Re:   In the Matter of ▮▮▮▮▮ on behalf of ▮▮▮▮▮ from the action of Shulamith School for Girls regarding immunization.

Dear Mr. Kalban:

Pursuant to Education Law §310 and 8 NYCRR §276.1, the stay requested by petitioner in the above-captioned proceeding is hereby granted. Accordingly, respondent is directed to admit ▮▮▮▮▮ to Shulamith School for Girls, pending an ultimate determination of the appeal herein.

Respondent is kindly requested to file this duplicate original with your administrative office, as appropriate. Please send a statement of such filing t this office and promptly inform your organization's governing body concerning this order. A copy is enclosed for your files.

SO ORDERED.

MaryEllen Elia,
Commissioner of Education

c: Lindsie B. Alterkun, Esq.