# D



resident
Mr. Ari Cohen

Treasurer
Mr. Benjy Goldstein

Board of Directors
Mrs. Bini Dachs
Mr. Yankee Hirsch
Mr. Dov Hertz
Mrs. Leora Mishaan
Mr. Moshe Pilevsky
Mr. Ken Schuckman
Mr. Shlomo Wilamowsky

Executive Director
Mrs. Malka Fishman

Principals
Mrs. Estee Scher
*Early Childhood*

Mrs. Joyce Yarmak
*Lower Division*

Mrs. Rookie Billet
*Middle Division*

Evelyn K. Gross
*Associate Principal, Middle Division*

Mrs. Rina Zerykier
*High School*

Director of Pupil Personnel Services
Ms. Geula Edinger

May 16, 2019

Mr. and Mrs. ▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇

Dear Mr. and Mrs. ▇▇▇▇▇▇▇▇

This letter is to advise you that your unvaccinated daughter, ▇▇▇▇ is not allowed to attend our Night of the Arts event on Tuesday, May 28th, nor any other after-school activities, especially those as this one, that will be attended by grandparents, great grandparents, young children and pregnant women.

Please note that your children will not be permitted to enter the school for this event and should not attempt to do so. This is not a classroom or educational event and attendance has no impact on her grades.

Sincerely,

Malka Fishman
Executive Director

CC: Philip H. Kalban            Mrs. Bini Dachs
    Mrs. Joyce Yarmak        Mr. Yankee Hirsch
    Mrs. Rookie Billet       Mr. Dov Hertz
    Dr. Evelyn Gross         Mrs. Leora Mishaan
    Mr. Ari Cohen            Mr. Moshe Pilevsky
    Mr. Benji Goldstein      Mr. Ken Schuckman
                             Mr. Shlomo Wilamowsky

305 Cedarhurst Avenue    Cedarhurst, New York 11516    516.564.1500    www.shulamith.org