# E

# CHESNEY, NICHOLAS & BROWER
## LLP

Richard E. Chesney
Charles C. Nicholas
Gregory E. Brower +
John F. Janowski
Henry D. Nelkin
Rudolph P. Petruzzi
Stephen V. Morello
Michael Jenks

Lynn H. DeLisa
Jeffrey M. Burkhoff
James D. Bruckner
William J. Crowe
Debra M. Silverman
Lindsie B. Alterkun
Scott A. Koltun

Attorneys at Law
485 Underhill Boulevard, Suite 308
Syosset, NY 11791
(516) 378-1700  Phone
(516) 378-7633  Fax

chesneynicholas.com
email@chesneynicholas.com

Office Manager
Moira Murtagh

Administrative Assistant
Kelly Milack

Legal Assistants
Nancy Keane
Patricia A. Morgan
Elizabeth Keady
Christina Conroy

Anthony W. Russo*
*of counsel*

+ Managing Partner
* Also Member of CT Bar

May 22, 2019

**VIA FAX (518) 474-4188**
NYS Education Department
Office of Counsel
Education Building, Room 148EB
Albany, New York 12234

RE: ███████████████ AND ███████████████████. SHULAMITH SCHOOL
     FOR GIRLS
     OUR FILE NO.: M-975
     APPEAL NO.: 21062

Dear Commissioner:

    I represent ███████████████████████ in the above-reference matter. My clients received a phone call and letter from Malka Fishman, Executive Director of Shulamith School for Girls, prohibiting my clients' daughters from attending all after-school activities including a Night of the Arts scheduled for May 28, 2019. I have enclosed a copy of the letter for your convenience. My clients informed me that their daughter, ██████ as been preparing for the Night of the Arts event during school hours with her classmates.

    As you are aware, a stay was issued by the Commissioner on January 15, 2019 directing that respondent immediately admit ███████████████ pending a determination of petitioners' appeal. The stay does not contain any qualifications limiting ████████ s participation in after school activities. Accordingly, please direct respondent to permit ████████ to attend any and all after school activities, including the Night of the Arts on May 28, 2019.

    Should you have any questions, please feel free to contact the undersigned.

May 22, 2019
Page 2

Very truly yours,

*Lindsie B. Alter*
LINDSIE B. ALTERKUN

LBA
Encls.

CC: Philip H. Kalban, Esq.
Putney, Twombly, Hall & Harison LLP
Attorneys for Respondent
521 Fifth Avenue
New York, NY 10175
Fax (212) 682-9380