# F



THE STATE EDUCATION DEPARTMENT / THE UNIVERSITY OF THE STATE OF NEW YORK / ALBANY, NY 12234

OFFICE OF COUNSEL
Tel. (518) 474-8927
Fax (518) 474-4188

May 23, 2019

VIA FACSIMILE AND REGULAR MAIL

Lindsie B. Alterkun, Esq.
Chesney & Nicholas, LLP
485 Underhill Blvd., Suite 308
Syosset, NY 11791

Philip H. Kalban, Esq.
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175

Re: ▇▇▇▇▇▇ v. **Shulamith School for Girls**
 Appeal No. 21062

Dear Counselors:

This letter is in response to counsel for petitioner's correspondence dated May 22, 2019 in which she indicates that the students who are the subject of this appeal have been prohibited from attending after school or extracurricular activities on the basis that they have not received all required immunizations.

On behalf of the Commissioner, please be advised that the stay order dated January 15, 2019 directing respondent to admit ▇▇▇▇▇▇▇▇▇▇▇▇ to Shulamith School for Girls regardless of whether they have obtained all necessary immunizations does not contain any exceptions. Thus, to the extent that the students would be entitled to participate in any after school or extracurricular activities if they had all required immunizations, they are similarly entitled to attend such activities under the stay order granted on January 15, 2019.

Sincerely,

Tina Urbaitis
Appeals Coordinator