G

# FAX TRANSMISSION

**PUTNEY, TWOMBLY, HALL & HIRSON LLP**
counselors at law
521 Fifth Avenue
New York, New York 10175
Tel: (212) 682-0020  Fax: (212) 682-9380

| | | | |
|---|---|---|---|
| **To:** | Ms. Tina Urbaitis, Appeals Coordinator<br>Joshua Dingman | **Date:** | May 23, 2019 |
| **Company:** | The New York State Education Department<br>Office of Counsel<br>New York State Education Building<br>89 Washington Avenue<br>Albany, New York 12234 | **Pages** | 4   *(including cover sheet)* |
| **Fax #:** | **(518) 474-4188** | **From:** | Philip H. Kalban, Esq. |
| **To:** | Ms. Lindsie B. Alterkun, Esq.<br>Chesney, Nicholas & Brower, LLP<br>485 Underhill Boulevard, Suite 308<br>Syosset, New York 11791 | | |
| **Fax #:** | **(516) 378-7633** | | |
| **Re:** | Matter of ▓▓▓▓▓▓▓▓▓▓▓▓<br><u>against Shulamith School for Girls</u> | | |

We are disappointed that you did not give us the opportunity to respond to Ms. Alterkun's letter. Our response is submitted herewith, and we respectfully ask that you reconsider and reverse your response in your May 23, 2019 letter.

                                                                      Philip H. Kalban

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone collect and return the original message to us at the above address via the U.S. Postal Service. We will reimburse you for postage.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

PUTNEY, TWOMBLY, HALL & HIRSON LLP

DANIEL F. MURPHY, JR.
THOMAS A. MARTIN
WILLIAM M. POLLAK
JAMES E. McGRATH, III
CHRISTOPHER M. HOULIHAN
MARY ELLEN DONNELLY
GEOFFREY H. WARD
E. PARKER NEAVE
MARK A. HERNANDEZ
PHILIP H. KALBAN
JEROME P. COLEMAN
BARBARA M. MAISTO
CARYN B. KEPPLER
MICHAEL D. YIM
MARIANNE CALABRESE

ESTABLISHED 1866
COUNSELORS AT LAW
521 FIFTH AVENUE
NEW YORK, NEW YORK 10175
(212) 682-0020
TELEFAX: (212) 682-9380
PUTNEYLAW.COM

328 NEWMAN SPRINGS ROAD
RED BANK, NEW JERSEY 07701
(732) 379-6020
TELEFAX: (732) 345-9444

1225 FRANKLIN AVENUE, SUITE 200
GARDEN CITY, NY 11530
(516) 746-0070
TELEFAX: (516) 746-0599

2000 GLADES ROAD
SUITE 300
BOCA RATON, FLORIDA 33431
(800) 935-8460
TELEFAX: (561) 613-4100

COUNSEL
CHARLES J. GROPPE
THOMAS M. LAMBERTI
HARVEY I. SCHNEIDER
ANDREA HYDE

May 23, 2019

**Via Mail and Fax: (518) 474-4188**
The New York State Education Department
Office of Counsel
New York State Education Building
89 Washington Avenue
Albany, New York 12234
*Attn:* Ms. Tina Urbaitis, Appeals Coordinator

Re: ▮▮▮▮▮▮ **v. Shulamith School for Girls, Appeal No. 21062**

Dear Commissioner:

We represent Shulamith School for Girls, the respondent on an appeal that has been fully submitted to the Commissioner and is awaiting decision.

We are in receipt of a letter dated May 22, 2019, from Lindsie B. Alterkun, Esq. of the law firm Chesney, Nicholas & Brower, LLP, attorneys for the appellants/petitioners ▮▮▮ and ▮▮▮▮▮▮.

As Ms. Alterkun's letter concedes, the unvaccinated ▮▮▮▮▮ child is NOT being prohibited from attending classes at Shulamith School for Girls.

The School is in full compliance with the Commissioner's January 15, 2019 order, despite the fact that the order conflicts with the School's religious belief as set forth in its Answer to the Petition and Memorandum in Opposition submitted on the appeal.

Plainly, Ms. Alterkun's request on behalf of the ▮▮▮▮▮ is not covered by either Public Health Law § 2164 or by the stay order, which directed the School "to admit ▮▮▮▮▮ ▮▮▮▮▮ and ▮▮▮▮▮▮ to Shulamith School for Girls, pending an ultimate determination of the appeal …." The children have been admitted and continue to attend the School.

Ms. Tina Urbaitis
May 23, 2019
Page 2

      The School's refusal to allow a student to attend a non-classroom, non-educational program at 7 in the evening does not involve that student's admission to the school and, as set forth above, is not covered by Section 2164 of the Public Health Law, the Education Law, any regulation or the January 15 stay.

      There is considerable concern that the unvaccinated child dangerously exposes pregnant teachers and other students during the current measles epidemic which is rampant in Brooklyn and Queens, bordering the School's community. The School is acting in the best interests of those who will be attending this evening program and fulfilling its obligations to protect those who will be attending from any possible exposure by excluding the unvaccinated child.

      Respectfully, evening activities conducted at a religious school are not within the general powers and duties of the Commissioner. As the letter from Shulamith School for Girls to the ▓▓▓▓▓▓▓▓ clearly states: "This is not a classroom or educational event and attendance has no impact on her grades." (*See* enclosure).

      Because the exclusion of the unvaccinated child from a program conducted in the evening for parents and families does not transgress any statute, regulation or order, and because the request from Ms. Alterkun seeks an action beyond the Commissioner's jurisdiction, and for the reasons set forth in the Memorandum in Opposition and Answer, Shulamith School for Girls respectfully requests that the Commissioner reject the request from Ms. Alterkun in her May 22 letter.

      Should you require any additional briefing on this issue, we will be happy to supply same.

                                     Respectfully,

                                       Philip H. Kalban

Enc.

cc:    <u>By fax (516) 378-7633 and mail</u>:
       Lindsie B. Alterkun, Esq.
       *l.alterkun@chesneynicholas.com*
       Chesney, Nicholas & Brower, LLP
       485 Underhill Boulevard, Suite 308
       Syosset, New York 11791

בס"ד





resident
Mr. Ari Cohen

Treasurer
Mr. Benjy Goldstein

Board of Directors
Mrs. Bini Dachs
Mr. Yankee Hirsch
Mr. Dov Hertz
Mrs. Leora Mishaan
Mr. Moshe Pilevsky
Mr. Ken Schuckman
Mr. Shlomo Wilamowsky

Executive Director
Mrs. Malka Fishman

Principals
Mrs. Estee Scher
Early Childhood

Mrs. Joyce Yarmak
Lower Division

Mrs. Rookie Billet
Middle Division

Dr. Evelyn K. Gross
Associate Principal,
Middle Division

Mrs. Rina Zerykier
High School

Director of Pupil Personnel
Services
Ms. Geula Edinger

May 16, 2019

Mr. and Mrs. ▮

Dear Mr. and Mrs. ▮

This letter is to advise you that your unvaccinated daughter, ▮ is not allowed to attend our Night of the Arts event on Tuesday, May 28th, nor any other after-school activities, especially those as this one, that will be attended by grandparents, great grandparents, young children and pregnant women.

Please note that your children will not be permitted to enter the school for this event and should not attempt to do so. This is not a classroom or educational event and attendance has no impact on her grades.

Sincerely,

Malka Fishman
Executive Director


CC: Philip H. Kalban        Mrs. Bini Dachs
    Mrs. Joyce Yarmak       Mr. Yankee Hirsch
    Mrs. Rookie Billet      Mr. Dov Hertz
    Dr. Evelyn Gross        Mrs. Leora Mishaan
    Mr. Ari Cohen           Mr. Moshe Pilevsky
    Mr. Benji Goldstein     Mr. Ken Schuckman
                            Mr. Shlomo Wilamowsky

305 Cedarhurst Avenue    Cedarhurst, New York 11516    516.564.1500    www.shulamith.org