# PUTNEY, TWOMBLY, HALL & HIRSON LLP

ESTABLISHED 1866

COUNSELORS AT LAW

521 FIFTH AVENUE

NEW YORK, NEW YORK 10175

(212) 682-0020

TELEFAX: (212) 682-9380

PUTNEYLAW.COM

DANIEL F. MURPHY, JR.
THOMAS A. MARTIN
WILLIAM M. POLLAK
JAMES E. McGRATH, III
CHRISTOPHER M. HOULIHAN
MARY ELLEN DONNELLY
GEOFFREY H. WARD
E. PARKER NEAVE
MARK A. HERNANDEZ
PHILIP H. KALBAN
JEROME P. COLEMAN
BARBARA M. MAISTO
CARYN B. KEPPLER
MICHAEL D. YIM
MARIANNE CALABRESE

328 NEWMAN SPRINGS ROAD
RED BANK, NEW JERSEY 07701
(732) 379-6020
TELEFAX: (732) 345-9444

1225 FRANKLIN AVENUE, SUITE 200
GARDEN CITY, NY 11530
(516) 746-0070
TELEFAX: (516) 746-0599

2000 GLADES ROAD
SUITE 300
BOCA RATON, FLORIDA 33431
(800) 935-8480
TELEFAX: (561) 613-4100

COUNSEL
CHARLES J. GROPPE
THOMAS M. LAMBERTI
HARVEY I. SCHNEIDER
ANDREA HYDE

June 5, 2019

**Via Electronic Filing**
Untied States District Court
Eastern District of New York
Attention: Finance Department
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Shulamith School for Girls v. Elia, and State of New York
**Civil Docket: 19-CV-03152**

Dear Clerk of the Court,

We represent the Shulamith School for Girls ("Plaintiff") in the above-mentioned matter. On May 28, 2019, I initiated this matter by filing a Complaint and Summons with Eastern District of New York. I used my personal credit card, and I paid $400.00, the associated fee, to obtain a civil action number. After the filing, I discovered that my credit card was charged twice for the same transaction, an extra $400.00.

Attached please find two receipts that indicate that my card was charged twice for the same activity. Please issue a reimbursement for $400.00 for the extra fee which I inadvertently was charged.

Should you require any additional information, or you have any questions, please contact me directly.

Respectfully,

Philip H. Kalban

-----Original Message-----
From: do_not_reply@psc.uscourts.gov [mailto:do_not_reply@psc.uscourts.gov]
Sent: Tuesday, May 28, 2019 2:34 PM
To: Philip Kalban <PKalban@putneylaw.com>
Subject: Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Frank Daley at (718)613-2581.

   Account Number: 4716460
   Court: NEW YORK EASTERN DISTRICT COURT
   Amount: $400.00
   Tracking Id: ANYEDC-11518976
   Approval Code: 52138P
   Card Number: ************2807
   Date/Time: 05/28/2019 02:33:49 ET


NOTE: This is an automated message. Please do not reply

-----Original Message-----
From: do_not_reply@psc.uscourts.gov [mailto:do_not_reply@psc.uscourts.gov]
Sent: Tuesday, May 28, 2019 2:35 PM
To: Philip Kalban <PKalban@putneylaw.com>
Subject: Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Frank Daley at (718)613-2581.

   Account Number: 4716460
   Court: NEW YORK EASTERN DISTRICT COURT
   Amount: $400.00
   Tracking Id: BNYEDC-11518976
   Approval Code: 51093P
   Card Number: ************2807
   Date/Time: 05/28/2019 02:35:05 ET


NOTE: This is an automated message. Please do not reply