## PUTNEY, TWOMBLY, HALL & HIRSON LLP

| | | |
|---|---|---|
| DANIEL F. MURPHY, JR.<br>THOMAS A. MARTIN<br>WILLIAM M. POLLAK<br>JAMES E. McGRATH, III<br>CHRISTOPHER M. HOULIHAN<br>MARY ELLEN DONNELLY<br>GEOFFREY H. WARD<br>E. PARKER NEAVE<br>MARK A. HERNANDEZ<br>PHILIP H. KALBAN<br>JEROME P. COLEMAN<br>BARBARA M. MAISTO<br>CARYN B. KEPPLER<br>MICHAEL D. YIM<br>MARIANNE CALABRESE | ESTABLISHED 1866<br>COUNSELORS AT LAW<br>521 FIFTH AVENUE<br>NEW YORK, NEW YORK 10175<br>(212) 682-0020<br>TELEFAX: (212) 682-9380<br>PUTNEYLAW.COM | 328 NEWMAN SPRINGS ROAD<br>RED BANK, NEW JERSEY 07701<br>(732) 379-6020<br>TELEFAX: (732) 345-9444<br><br>1225 FRANKLIN AVENUE, SUITE 200<br>GARDEN CITY, NY 11530<br>(516) 746-0070<br>TELEFAX: (516) 746-0599<br><br>2000 GLADES ROAD<br>SUITE 300<br>BOCA RATON, FLORIDA 33431<br>(800) 935-8480<br>TELEFAX: (561) 613-4100<br><br>COUNSEL<br>CHARLES J. GROPPE<br>THOMAS M. LAMBERTI<br>HARVEY I. SCHNEIDER<br>ANDREA HYDE |

June 5, 2019

**Via Electronic Filing**
Untied States District Court
Eastern District of New York
Attention: Finance Department
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: Shulamith School for Girls v. Elia, and State of New York
        <u>**Civil Docket: 19-CV-03152**</u>

Dear Clerk of the Court,

    We represent the Shulamith School for Girls ("Plaintiff") in the above-mentioned matter. On May 28, 2019, I initiated this matter by filing a Complaint and Summons with Eastern District of New York. I used my personal credit card, and I paid $400.00, the associated fee, to obtain a civil action number. After the filing, I discovered that my credit card was charged twice for the same transaction, an extra $400.00 [obscured by stamp]

    Attached please find [obscured] for the same activity. Please issue a reim[obscured] ertently was charged.

    Should you require a[obscured] ease contact me directly.

[Stamp:]
**APPROVED ON**
**06/06/2019**
DOUGLAS C. PALMER
CLERK OF COURT
By: August Marziliano, Operations Manager

Philip H. Kalban

**Application is approved. Please refund the fee associated with receipt number ANYEDC-11518976**

-----Original Message-----
From: do_not_reply@psc.uscourts.gov [mailto:do_not_reply@psc.uscourts.gov]
Sent: Tuesday, May 28, 2019 2:34 PM
To: Philip Kalban <PKalban@putneylaw.com>
Subject: Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Frank Daley at (718)613-2581.

  Account Number: 4716460
  Court: NEW YORK EASTERN DISTRICT COURT
  Amount: $400.00
  Tracking Id: ANYEDC-11518976
  Approval Code: 52138P
  Card Number: ************2807
  Date/Time: 05/28/2019 02:33:49 ET


NOTE: This is an automated message. Please do not reply

-----Original Message-----
From: do_not_reply@psc.uscourts.gov [mailto:do_not_reply@psc.uscourts.gov]
Sent: Tuesday, May 28, 2019 2:35 PM
To: Philip Kalban <PKalban@putneylaw.com>
Subject: Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Frank Daley at (718)613-2581.

  Account Number: 4716460
  Court: NEW YORK EASTERN DISTRICT COURT
  Amount: $400.00
  Tracking Id: BNYEDC-11518976
  Approval Code: 51093P
  Card Number: ************2807
  Date/Time: 05/28/2019 02:35:05 ET


NOTE: This is an automated message. Please do not reply