UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SHULAMITH SCHOOL FOR GIRLS,

                              Plaintiff,

    - against -                         **NOTICE OF APPEARANCE**

MARYELLEN ELIA, COMMISSIONER OF        19 Civ. 3152 (MKB)
EDUCATION, and THE STATE OF NEW
YORK,

                            Defendants.
------------------------------------------------------------------x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

Please take notice that ELYCE N. MATTHEWS, an Assistant Attorney General in the office of LETITIA JAMES, Attorney General of State of New York, appears as counsel of record for Defendants MaryEllen Elia, the New York State Commissioner of Education, and New York State (collectively "Defendants") in the above-captioned action, and that her address and telephone number are set forth below.

Please take further notice that this appearance is without waiver or prejudice to assert any and all defenses that may be applicable.

Dated: New York, New York
       June 12, 2019

                                        LETITIA JAMES
                                        Attorney General of the State of New York
                                        *Attorney for Defendants*
                                        By:

                                              /s/
                                        Elyce N. Matthews
                                        Assistant Attorney General
                                        28 Liberty Street
                                        New York, New York 10005
                                        (212) 416-8910

cc:    counsel of record (via ECF)

1