

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8910

June 12, 2019

**Via ECF:**

Hon. Margo K. Brodie
United States District Judge
United State District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:    Shulamith v. Elia, et al., Case No. 19-cv-3152 (MKB)**

Your Honor:

    This Office represents Defendants MaryEllen Elia, the New York State Commissioner of Education, and New York State (collectively "Defendants") in the above-referenced matter. The Defendants' response to the Complaint is currently due June 19, 2019. Defendants request an extension until July 19, 2019 to file their response. An extension of time to answer, move, or otherwise respond to the Complaint is necessary so that this Office may have sufficient time to conduct a factual and legal investigation of this matter, and prepare an appropriate response.

    This is the first request made for an extension to respond to the Complaint, and Plaintiff has consented to this request.

    Respectfully submitted,

    /s/
    Elyce N. Matthews
    Assistant Attorney General

cc:    counsel of record (via ECF)