UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SHULAMITH SCHOOL FOR GIRLS, | 2:19 CV 03152  (MKB)(RER) |
| Plaintiff, | |
| against | **VOLUNTARY DISMISSAL** |
| MARYELLEN ELIA, COMMISSIONER OF EDUCATION, and THE STATE OF NEW YORK, | |
| Defendants. | |

PLEASE TAKE NOTICE that no answer or motion by either defendant having been served or filed in this action, plaintiff, pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(i), voluntarily dismisses this action and the complaint herein against all defendants.

Dated: New York, New York
       June 9, 2019

                                                                                  PUTNEY, TWOMBLY, HALL & HIRSON LLP
                                                                                  *Attorneys for Plaintiffs*
                                                                                   *Shulamith School for Girls*

                                                                                   By _____
                                                                                       Philip H. Kalban (PK7271)
                                                                                 521 Fifth Avenue, 10th Floor
                                                                                 New York, New York 10175
                                                                                 (212) 682-0020
                                                                                 pkalban@putneylaw.com